UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------x
JOHN YU and NIZI SUSHI, INC.        :   Civil Action No.: 2:18-cv-13716-KM-CLW
                                    :
                                    :
              Plaintiffs,           :   **PROPOSED ORDER**
       v.                           :
                                    :
NICKS PUB LIMITED LIABILITY         :
COMPANY d/b/a NIZI SUSHI,           :
NIZI SUSHI JAPANESE RESTAURANT      :
AND BAR, NIZI SUSHI RUTHERFORD,     :
LLC, SE HO LEE, NICHOLAS YOURTH,    :
JOHN DOES 1-100 and                 :
ABC CORPORATIONS 1-100              :
                                    :
              Defendants.           :
---------------------------------------------------------x

THIS MATTER having come before the Court upon Plaintiffs' Motion to Grant Default Judgment, Injunctive Relief, and Attorneys' Fees and Costs;

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED ~~and that JUDGMENT~~ but that damages have not been established. ~~IN THE SUM OF $_____ will be entered in favor of Plaintiff, to include attorneys' fees and costs;~~

IT IS FURTHER ORDERED that all Defendants are PERMANENTLY ENJOINED from: (a) using any and all labels, signs, packages, wrappers, receptacles, business cards and advertisements, and any other materials in Defendant's possession or control that use the NIZI SUSHI mark, or any other mark that is confusingly similar to the NIZI SUSHI mark; (b) using the name or trademark NIZI SUSHI as a company name, trade name, or license to operate, or on any form of advertising, or promotion of the business, including on social media platforms such as Google, Facebook and Instagram; and (c) Otherwise infringing on Plaintiffs' trademark;

IT IS FURTHER ORDERED that Plaintiff are authorized to present a true and correct copy of this Order to Facebook.com, Instagram.com, and other social media platforms for the

purpose of requesting the name and trademark NIZI SUSHI be removed from social media platforms with respect to sites, pages, or accounts operated by or on behalf of Defendants.

Date: May 24, 2019

/s/ Kevin McNulty
United States District Judge
Hon. Kevin McNulty